```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NICHOLAS H., through his Parents   :
JEFFREY and DENISE H. of           : CIVIL ACTION
Jeffersonville, PA                 :
                                   :
          Plaintiffs               : NO. 16-CV-1154
                                   :
     vs.                           :
                                   :
NORRISTOWN AREA SCHOOL DISTRICT    :
of Norristown, PA                  :
                                   :
          Defendant                :
```

## ORDER

AND NOW, this    10th    day of February, 2017, upon consideration of the Motion of Defendant Norristown Area School District for Decision on the Administrative Record (Doc. No. 10) and the Plaintiffs' Motion for Judgment on the Administrative Record (Doc. No. 11) and the Parties' Responses and sur-replies in support and opposition thereto, it is hereby ORDERED that the Motions are GRANTED IN PART and DENIED IN PART and Defendant is ORDERED to reimburse Plaintiffs for the tuition and transportation costs incurred attendant to the enrollment and attendance of Nicholas H. at the Woodlynde School for the 2014-15 school year.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER,      J.